UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES EDWARDS SEALS,

    Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION, et al.,

    Defendants.

Case No. 25-cv-00539-DMR

**ORDER TO SHOW CAUSE**

Plaintiff James Edwards Seals filed this case on January 15, 2025. Defendant filed an answer on March 13, 2025. According to the Social Security Procedural Order [Docket No. 3], Plaintiff's brief for the requested relief was due within 30 days of service of the answer, or by April 12, 2025. As of the date of this order, nothing has been filed. By **May 1, 2025**, Plaintiff shall file (1) a letter explaining why he did not file his brief on time, and (2) a copy of his proposed brief (although the court ultimately may decide not to accept the late filed brief). If Plaintiff fails to file these two documents by **May 1, 2025**, the complaint may be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 17, 2025

DONNA M. RYU
Chief Magistrate Judge