UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES EDWARDS SEALS,

      Plaintiff,

    v.

SOCIAL SECURITY ADMINISTRATION, et al.,

      Defendants.

Case No.  25-cv-00539-ASK

**JUDGMENT**

On March 30, 2026, the Court denied Plaintiff's motion to reverse the ALJ's decision and affirmed the Commissioner's denial of Plaintiff's application for social security benefits. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS JUDGMENT** in favor of Defendant and against Plaintiff. The Clerk of the Court shall terminate the case.

    **IT IS SO ORDERED.**

Dated: March 31, 2026

AJAY KRISHNAN
United States Magistrate Judge

United States District Court
Northern District of California